**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ANGEL ALEXANDER MEJIA MORENO,

      Petitioner,

      v.                                    Case No. 1:26-cv-00092 KWR-GBW

GEORGE DEDOS, *Warden, Cibola County Detention Center*,
MARY DE ANDA-YBARRA, *Field Office Director, El Paso*,
*U.S. Immigrations and Customs Enforcement*,
PAMELA BONDI, *U.S. Attorney General*,
*and* KRISTI NOEM*, Secretary of the U.S. Department
of Homeland Security*,

      Respondents.

**<u>JUDGMENT</u>**

Consistent with the Memorandum Opinion and Order entered concurrently herewith, the Court grants in part the Petition and concludes that Petitioner is entitled to a bond hearing pursuant to § 1226(a).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondents shall provide a bond hearing before an immigration judge for Petitioner pursuant to § 1226(a), as opposed to § 1225(b), within **five (5) days** of the entry of this order, provided that the Court makes no determination whether in the future § 1231 detention provisions may apply. **Respondents shall not deny Petitioner bond or parole on the basis that § 1225(b) requires mandatory detention pending a decision on removal.**

_____  
/S/

KEA W. RIGGS  
UNITED STATES DISTRICT JUDGE